ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

C&A PLUS, INC. d/b/a C&A Pro,
a Minnesota corporation, and
DALE DEWAYNE CORMICAN,

Plaintiffs,

v.

PLASTIC SPECIALTIES MANUFACTURING,
INC., a Minnesota corporation,

Defendant.

Civil Action No.
01-CV-1428 ) ADM/RLE

**STIPULATED MOTION AND ORDER TO EXTEND THE DATE FOR MOTIONS TO AMEND THE PLEADINGS**

The parties hereby jointly move for an extension of the date to file motions to amend the pleadings up to and including June 1, 2002. This is a thirty (30) day extension of the date established by the Pretrial Schedule Order dated April 9, 2002. This extension **does not** affect any of the other pretrial schedule dates.

The undersigned counsel for C&A Plus, Inc. has consulted with Defendant's counsel, Mr. Richard O. Bartz, who has indicated that Defendant joins in this stipulation and motion.

FILED MAY 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK J.H.

Respectfully submitted,

MERCHANT & GOULD P.C.

Date: May 1, 2002

Albert L. Underhill, 111,740
Jon R. Trembath, No. 292,163
Samuel A. Hamer, No. 294,469
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
(612) 332-5300

ATTORNEYS FOR PLAINTIFFS
C&A PLUS, INC. AND
DALE DEWAYNE CORMICAN

**IT IS SO ORDERED:**

Dated: May 13, 2002

Raymond L. Erickson
United States Magistrate Judge