UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

C&A Plus, Inc., d/b/a C&A Pro, a Minnesota Corporation, and Dale Dewayne Cormican,

Plaintiffs,

vs. MINUTE ORDER

Plastic Specialties Manufacturing, Inc., a Minnesota Corporation,

Defendant. Civ. No. 01-1428 (ADM/RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 10th day of June, 2002.

* * *

On June 6, 2002, the Court heard argument on the Plaintiffs' Motion to Amend the Complaint. At the time of the Hearing, the Plaintiffs appeared by Albert L. Underhill, Esq., and the Defendant appeared by Richard J. Bartz, and Julian C. James, Esqs. For the reasons which follow, and for good cause shown, we grant the Plaintiffs' Motion.

The Plaintiffs moved to amend their First Amended Complaint, in order to add a claim of patent infringement, as well as to remove several Counts, as contained in the First Amended Complaint, which the Plaintiffs no longer wished to prosecute. As to the new

13

FILED JUN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

patent infringement claim, which relates to the '008 Patent, the Plaintiffs advise that the '008 Patent was issued to Plaintiff Dale Dewayne Cormican on December 18, 2001, more than four months after the Plaintiffs filed this suit. A Certificate of Correction, which rectified several Patent Office errors in the '008 Patent, was issued by the Patent Office on March 5, 2002. According to the Plaintiffs, they disclosed, at the Rule 16 Conference on April 3, 2002, that they intended to amend their Complaint in order to assert a claim of infringement regarding the '008 Patent. As a result, the Plaintiffs assert that they can appropriately supplement their First Amended Complaint, in compliance with Rule 15(d), Federal Rules of Civil Procedures.[1]

The Defendant does not contest the Plaintiffs' right to supplement its First Amended Complaint, so as to claim an infringement of the '008 Patent claim, and we can discern no reason to deny the Plaintiffs' Motion, in that respect, as the Plaintiffs could not have alleged any infringement of the '008 Patent at the time that they filed either their original Complaint, or their First Amended Complaint. Thus, since "[t]he purpose of Rule 15(d) is to promote * * * as complete an adjudication as possible, of an existing dis-

[1]Rule 15(d) provides that "a party may serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented."

pute between the parties, which may have evolved since the action was initiated * * *", see, Schneeweis v. Northwest Technical College, 1998 WL 420564 at *13 (D. Minn. June 1, 1998), the Plaintiffs' request to supplement their First Amended Complaint, with a claim of patent infringement of the '008 Patent, is appropriate.

Rather, the Defendant objects to that portion of the Plaintiffs' Motion which will voluntarily dismiss several of the Plaintiffs' original claims, on the ground that, if dismissed without prejudice, the claims could be reasserted in the future. The Plaintiffs represented, however, at the time of the Hearing, that they would allow the dismissal of those claims to be "with prejudice." Accordingly, the Defendant's concern, over subsequent litigation is no longer a viable one.

Lastly, the Defendant contends that, if the Plaintiffs are allowed to dismiss certain of the claims, as they were contained in their First Amended Complaint, then the Defendant's insurers, which had previously agreed to defend the Defendant, could withdraw their agreement to defend. We find the objection unavailing, as the Defendant has such insurance coverage, and an entitlement to a defense, as are contractually available to it under its applicable insurance policy. Allowing the Plaintiffs to amend their Complaint will cause the Defendant no prejudice whatsoever. Therefore, we

grant the Plaintiffs' Motion to Amend and Supplement their Complaint.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiffs' Motion to Amend the Complaint [Docket No. 10] is GRANTED.

2. That the Plaintiffs are directed to serve and file their Second Amended Complaint within ten days of the date of this Order.

3. That the parties are directed to submit, within ten days of the date of this Order, a stipulation, for signature of the Court, dismissing the above noted claims from the case with prejudice.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

## *Featured Speakers Include:*

**<u>District of Minnesota</u>**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**<u>United States Bankruptcy Court</u>**
**<u>District of Minnesota</u>**

**Judge Robert J. Kressel**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Racial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________
Firm/Employer ______________________
Address ______________________
______________________
Phone ______________________
E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.
Catherine A McEnroe, Leonard, Street and Deinard
Celeste M. Shahidi, U.S. Courthouse Minneapolis Building
Susan Nolting, U.S. Department of Justice
Maureen Watz Gornik, Warren E. Burger Federal Building