ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| C&A PLUS, INC. d/b/a C&A Pro, a Minnesota corporation, and DALE DEWAYNE CORMICAN, Plaintiffs, v. PLASTIC SPECIALTIES MANUFACTURING, INC., a Minnesota corporation, Defendant. | Civil Action No. 01-CV-1428 ) ADM/RLE |

**STIPULATION OF DISMISSAL AND ORDER**

The parties, by and through their counsel, pursuant to the Order of the Court dated June 10, 2002, hereby stipulate and agree to the dismissal with prejudice of Counts I, III, IV, V and VI of the First Amended Complaint filed November 16, 2001.

Respectfully submitted,

C&A Plus, Inc. d/b/a C&A Pro
and Dale Dewayne Cormican
by its attorneys

Date: June 17, 2002

Albert L. Underhill, 111,740
**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
(612) 332-5300

JUN 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plastic Specialties Manufacturing, Inc.
by its attorneys

Date: June 19, 2002

Richard O. Bartz

Richard O. Bartz
**BARTZ & BARTZ**
350 Southdale Office Centre
6750 France Avenue South
Edina, MN 55435
(952) 920-3959

**IT IS SO ORDERED.**

Dated: June 27, 2002

The Honorable Ann D. Montgomery
United States District Court Judge