UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C&A Plus, Inc., et al.,

Plaintiffs, Civil 01-1428 ADM/RLE

v.

Plastic Specialities Manufacturing, Inc.,

Defendant.

---

**NOTICE OF CANCELLATION OF PRETRIAL CONFERENCE**

The pretrial conference which was scheduled for Wednesday, September 25, 2002 @ 2:45 P.M., before Chief Judge Magnuson, is CANCELLED. The pretrial was scheduled in error.

Dated: August 9, 2002

RICHARD SLETTEN,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED AUG 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK