1406136

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1428 ADM/RLE Case Title: C&A Plus, Inc. v. Plastic Specialties

### Affidavit of Movant

I, Kent D. Mattson ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Michael S. Neustel , an attorney admitted to practice in the District Court District of North Dakota ,but not admitted to the bar of this court, who will be counsel for ☑ plaintiff ☐ defendant C&A Plus. Inc. and Cormican in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 239744 MN Attorney License # | October 14, 2002 Date

### Affidavit of Proposed Admittee

I, Michael S. Neustel , am currently a member in good standing of the U.S. District Court for North Dakota District of North Dakota , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael S. Neustel Type/Print Name | [signature] Signature | October 11, 2002 Date

Attorney License Number: 05452
Law Firm Name & Address: Neustel Law Offices. Ltd.
2534 South University Drive. Suite 4
Fargo. North Dakota 58103
Telephone: (701) 281-8822

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk
MMC

OCT 21 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED OCT 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

140636

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1428 ADM/RLE Case Title: C&A Plus, Inc. v. Plastic Specialties

### Affidavit of Movant

I, Kent D. Mattson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Keith M. Sorge, an attorney admitted to practice in the District Court District of North Dakota, but not admitted to the bar of this court, who will be counsel for ☑ plaintiff ☐ defendant C&A Plus Inc. & Cormican in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 239744 MN Attorney License # | October 14, 2002 Date

### Affidavit of Proposed Admittee

I, Keith M. Sorge, am currently a member in good standing of the U.S. District Court for North Dakota District of North Dakota, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Keith M. Sorge Type/Print Name | [signature] Signature | October 9, 2002 Date

Attorney License Number: 18848415

Law Firm Name & Address: Neustel Law Offices, Ltd.
2534 S. University Dr.
Fargo, ND 58103

Telephone: (701) 281-8822

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

OCT 21 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED OCT 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______