RECEIVED
02 OCT 29 PM 12:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| C&A PLUS, INC. d/b/a C&A Pro, a Minnesota corporation, and DALE DEWAYNE CORMICAN,<br><br>Plaintiffs,<br><br>v.<br><br>PLASTIC SPECIALTIES MANUFACTURING, INC., a Minnesota corporation,<br><br>Defendant. | Civil Action No. 01-CV-1428 (ADM/RLE) |

**STIPULATION**

WHEREAS, the parties hereto desire to adjust and/or extend the deadlines outlined in the Court's Pretrial Schedule Order dated April 9, 2002.

THEREFORE, the parties hereto agree that the following Order may be entered without the necessity of a hearing or upon further notice.

Date: October 28, 2002

By Richard O. Bartz
Richard O. Bartz
BARTZ & BARTZ
350 Southdale Office Centre
6750 France Avenue South
Edina, MN 55435
(952) 920-3959

ATTORNEYS FOR DEFENDANT

FILED NOV - 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: October 23, 2002

By ______________________________

Michael S. Neustel, No. 05452
Keith M. Sorge, No. 18848415
NEUSTEL LAW OFFICES, LTD.
2534 South University Drive, Suite 4
Fargo, North Dakota 58103
Telephone: (701) 281-8822
Facsimile: (701) 237-0544

Kent D. Mattson, No. 239744
PEMBERTON, SORLIE, RUFER,
AND KERSHNER, P.L.L.P.
110 North Mill Street
Fergus Falls, MN 56538
Telephone: (218) 736-5493
Facsimile: (218) 736-3950

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| C&A PLUS, INC. d/b/a C&A Pro, a Minnesota corporation, and DALE DEWAYNE CORMICAN, Plaintiffs, | Civil Action No. 01-CV-1428 (ADM/RLE) |
| v. | |
| PLASTIC SPECIALTIES MANUFACTURING, INC., a Minnesota corporation, Defendant. | |

## ORDER

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED:

That the Pretrial Schedule Order dated April 9, 2002 is amended as follows:

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosure of the substance of the testimony to be offered by each expert witness, shall be made as follows: By Plaintiffs on or before December 1, 2002, with respect to identity of experts and on or before December 1, 2002, with respect to substance of testimony.

BY THE COURT:

Dated: 11/1/02

Raymond L. Erickson
Magistrate Judge Raymond L. Erickson