**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

C&A PLUS, INC. d/b/a C&A Pro,
a Minnesota corporation, and
DALE DEWAYNE CORMICAN,

Plaintiffs,

v.

PLASTIC SPECIALTIES MANUFACTURING,
INC., a Minnesota corporation,

Defendant.

Civil Action No.
01-CV-1428 (ADM/RLE)

## STIPULATED MOTION AND ORDER TO EXTEND THE DATE FOR DISCOVERY

The parties hereby jointly move for an extension of the expert witness report deadline outlined in the Court's Pretrial Schedule Order dated April 9, 2002, as amended on November 1, 2002. This extension does not affect any other pretrial schedule dates.

The undersigned counsel for C&A Plus, Inc., has consulted with Defendant's counsel, Mr. Richard O. Bartz, who has indicated that Defendant joins in this stipulation and motion.

Date: December 2, 2002

Michael S. Neustel, No. 05452
Keith M. Sorge, No. 18848415
NEUSTEL LAW OFFICES, LTD.
2534 South University Drive, Suite 4
Fargo, North Dakota 58103
Telephone: (701) 281-8822
Facsimile: (701) 237-0544

FILED DEC - 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Kent D. Mattson, No. 239744
PEMBERTON, SORLIE, RUFER,
AND KERSHNER, P.L.L.P.
110 North Mill Street
Fergus Falls, MN 56538
Telephone: (218) 736-5493
Facsimile: (218) 736-3950

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| C&A PLUS, INC. d/b/a C&A Pro, a Minnesota corporation, and DALE DEWAYNE CORMICAN,<br><br>Plaintiffs,<br><br>v.<br><br>PLASTIC SPECIALTIES MANUFACTURING, INC., a Minnesota corporation,<br><br>Defendant. | Civil Action No. 01-CV-1428 (ADM/RLE) |

**ORDER**

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED:

That the Pretrial Schedule Order dated April 9, 2002, as amended November 1, 2002, is further amended as follows: Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows: By Plaintiffs and Defendant on or before January 1, 2003, with respect to identity of experts and on or before January 1, 2003, with respect to substance of testimony.

BY THE COURT:

Dated: 12-5-02

Raymond L. Erickson
Magistrate Judge Raymond L. Erickson