IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---------------------------------------

C&A Plus, Inc. d/b/a C&A Pro,
a Minnesota corporation, and
Dale DeWayne Cormican,

Plaintiffs,

v.

Civil Action No.
01- CV-1428 ADM/RLE

Plastic Specialties Manufacturing, Inc.,
a Minnesota corporation,

Defendant.

---------------------------------------

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation for Dismissal between counsel for the parties hereto, it is hereby ORDERED that the above-entitled matter is hereby dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 9, 2003

Ann D. Montgomery
Judge of United States District Court

FILED OCT 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---------------------------------------

C&A Plus, Inc. d/b/a C&A Pro,
a Minnesota corporation, and
Dale DeWayne Cormican,

Plaintiffs,

v.

Civil Action No.
01- CV-1428 ADM/RLE

Plastic Specialties Manufacturing, Inc.,
a Minnesota corporation,

Defendant.

---------------------------------------

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above entitled matter, having been fully settled and compromised between the parties, it is hereby stipulated and agreed, by and between the undersigned, as counsel for the respective parties, that the above-entitled matter shall be dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees. It is further stipulated that the Court may enter an order of dismissal pursuant to this Stipulation.

NEUSTEL LAW OFFICES, LTD.

Dated: 9-27-, 2003

Michael S. Neustel, #5452
2534 South University Dr., Suite 4
Fargo, North Dakota 58103
Telephone: (701) 281-8822
Facsimile: (701) 237-0544

**Attorney for Plaintiffs**

BARTZ & BARTZ, P.A.

Dated: September 24, 2003

Richard O. Bartz, #5174
Richard J. Bartz, #166364
6750 France Avenue South, Suite 350
Edina, Minnesota 55435-1983
Telephone: (952) 920-3959
Facsimile: (952) 920-6494

**Attorneys for Defendant**
**Plastic Specialties Manufacturing, Inc.**



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

McCOLLUM, CROWLEY, VEHANEN,
MOSCHET & MILLER, LTD.

Dated: 10-6, 2003

Cheryl Hood Langel

Cheryl Hood Langel, #220012
7900 Xerxes Avenue South, Suite 1300
Bloomington, Minnesota 55431
Telephone: (952) 831-4980

**Attorney for Plaintiffs**