AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

C&A Plus, Inc. d/b/a C&A Pro, a Minnesota Corporation and Dale DeWayne Cormican

V.

Plastic Specialties Mfg. Inc. a Minnesota Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1428 ADM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to Stipulation.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled matter is hereby dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees.

October 15, 2003
Date

RICHARD D. SLETTEN, CLERK

Schneider

(By) Gloria Schneider, Deputy Clerk

(70)